**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**
ex rel. BEN BANE,

    **Plaintiff,**

v.                                                    Case No.  8:06-cv-467-T-30EAJ

**LINCARE HOLDINGS, INC; LINCARE,**
**INC., and LIFE CARE DIAGNOSTICS,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE came before the Court during the oral argument of the parties on February 28, 2008, in regard to Defendants' Motion to Disqualify Plaintiff's Counsel (Dkt. #48), and Plaintiff's Response in Opposition to Motion to Disqualify (Dkt. #52).  The Court, having considered the motion, response, argument of the parties, sealed materials, affidavits, and being otherwise advised in the premises, concludes that Defendants' motion to disqualify should be denied without prejudice for the reasons stated in open court and in Magistrate Judge Pizzo's Order (Dkt. #63) entered on November 30, 2007, in case styled *Ben Bane v. Breathe Easy Pulmonary Services, Inc.*, Case No. 8:06-cv-40-T-24MAP.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants' Motion to Disqualify Plaintiff's Counsel (Dkt. #48) is **DENIED** without prejudice.

    2.    The **STAY** of these proceedings is hereby **LIFTED**.

**DONE** and **ORDERED** in Tampa, Florida on February 28, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2006\06-cv-467.mt disqualify 48.frm