UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. BEN BANE,

        Plaintiff,

v.                                       Case No. 8:06-cv-467-T-24 EAJ

LINCARE HOLDINGS, INC., ET AL.,

        Defendants.
_____/

## ORDER

       This cause comes before the Court on Defendants Lincare Holdings, Inc. and Lincare

Inc.'s Motion to Dismiss.  (Doc. No. 32).  Plaintiff opposes the motion.  (Doc.  No. 36).

       In this motion, Defendants Lincare Holdings, Inc. and Lincare Inc. (collectively,

"Lincare") argue that Plaintiff's claims against them are barred by the first-to-file provisions of

31 U.S.C. § 3130(b)(5), and therefore, this Court lacks subject matter jurisdiction over those

claims.  Judge Moody considered this argument and found that Plaintiff's claims in this case

against Lincare are "subject to dismissal pursuant to § 3730(b)(5)'s first-to-file bar" and that

"Lincare's motion should be granted."  (Doc. No. 71, p. 1, 8-9).  Accordingly, this Court has

found that it lacks subject matter jurisdiction over Plaintiff's claims against Lincare, and

therefore, the motion to dismiss must be granted.

       Accordingly, it is ORDERED AND ADJUDGED that Lincare's Motion to Dismiss (Doc.

No. 32) is **GRANTED** to the extent that the Court finds that it lacks subject matter jurisdiction

over Plaintiff's claims against Lincare, and therefore, those claims are dismissed without

prejudice.

**DONE AND ORDERED** at Tampa, Florida, this 25th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record