UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. BEN BANE,

      Plaintiff,

v.                                      Case No. 8:06-cv-467-T-24 EAJ

LINCARE HOLDINGS, INC., ET AL.,

      Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of Defendant Life Care Diagnostics Motion for Judgement on the Pleadings. (Doc. No. 72). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 90) Magistrate Judge Pizzo has filed his report recommending that the motion be denied. (Doc. No. 93). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 93) is adopted and incorporated by reference in this Order of the Court; and

    (2)    Defendant Life Care Diagnostics Motion for Judgement on the Pleadings (Doc. No. 72) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 22nd day of July, 2008

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record