UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* BEN BANE,

    Plaintiff,

v.                                         Case No. 8:06-cv-467-T-33MAP

LIFE CARE DIAGNOSTICS,

    Defendant.
_____/

**ORDER**

This matter comes before the Court upon consideration of Magistrate Judge Mark A. Pizzo's report and recommendation (Doc. # 100), filed on October 7, 2008, recommending that defendant Life Care Diagnostics' second motion to dismiss the relator's first amended complaint for lack of subject matter jurisdiction (Doc. # 94) be granted. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual

findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts the report and recommendation of the magistrate judge.[1]

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 100) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant Life Care Diagnostics' second motion to dismiss

---

[1] On June 25, 2008, the Court dismissed the claims against defendants Lincare Holdings, Inc. and Lincare, Inc. for lack of subject matter jurisdiction. (Doc. # 91.) Therefore, this dismissal of claims against defendant Life Care Diagnostics brings this case to an end.

      the relator's first amended complaint for lack of subject matter jurisdiction (Doc. # 94) is **GRANTED**.

(3) The clerk is directed to terminate all pending motions and deadlines, to close this case.

      **DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>10th</u> day of November 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

3